Katie B. Blakey, Esq.
Nevada Bar No. 12701
LITTLER MENDELSON, P.C.
2001 Ross Avenue
Suite 1500
Dallas, Texas 75201.2931
Telephone:  214.880.8100
Facsimile:   214.880.0181
kblakey@littler.com

Hayley J. Cummings, Esq.
Nevada Bar No. 14858
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone:  702.862.8800
Facsimile:   702.862.8811
hcummings@littler.com

Attorneys for Defendant
WALMART, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATASHA WARD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC. a Foreign Corporation,<br><br>Defendant. | Case No. 2:26-cv-01446-JAD-MDC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT WALMART, INC. TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff Natasha Ward, ("Plaintiff"), by and through her attorneys of record, Trevor J. Hatfield, Esq., of Hatfield & Associates, Ltd.; and Defendant Walmart Inc. ("Defendant"), by and through its attorneys of record, Katie B. Blakey, Esq. and Hayley J. Cummings, Esq., of Littler Mendelson, P.C., hereby stipulate to extend the time for Defendant to file a response to Plaintiff's Complaint. Defendant's responsive pleading is currently due on July 7, 2026, and the Parties stipulate to extend this deadline up to and including **July 28, 2026**.

///

LITTLER
MENDELSON, P.C.
2001 Ross Avenue
Suite 1500
Dallas, Texas
75201.2931
214.880.8100

The requested extension is necessary because Defendant's counsel was recently retained and requires additional time to review the allegations in the Complaint, investigate the claims, and prepare a responsive pleading.

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: July 2, 2026                                    Dated: July 2, 2026

HATFIELD & ASSOCIATES, LTD.                            LITTLER MENDELSON, P.C.


/s/ *Trevor J. Hatfield*                               /s/ *Hayley J. Cummings*
Trevor J. Hatfield                                     Katie B. Blakey
                                                       Hayley J. Cummings

Attorneys for Plaintiff                                Attorneys for Defendant
NATASHA WARD                                           WALMART, INC.



**ORDER**
**IT IS SO ORDERED.**


_____
Hon. Maximiliano D. Couvillier, III
UNITED STATE MAGISTRATE JUDGE


Dated: July 6, 2026

LITTLER
MENDELSON, P.C.
2001 Ross Avenue
Suite 1500
Dallas, Texas
75201.2931
214.880.8100

2