TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATASHA WARD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC. a Foreign Corporation,<br><br>Defendant. | CASE NO: 2:26-cv-01446-JAD-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTION FOR LEAVE TO AMEND**<br><br>**(First Request)** |

COMES NOW, Plaintiff NATASHA WARD (hereinafter "Plaintiff"), by and through his counsel of record, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant WALMART, INC. (hereinafter "Defendant"), by and through its counsel, LITTLER MENDELSON, P.C. who do hereby stipulate and agree to extend time for Plaintiff to file a Motion for Leave to Amend Complaint and proposed Amended Complaint (ECF #55), due on September 8, 2026 pursuant to ECF #18, the Court's Minute Order in Chambers, thirty days' time to October 8, 2026. This request is submitted pursuant to LR IA 6-1, 6-2 and LR 7-1 and is the parties' first request for an extension of time for Plaintiff to file a Motion for Leave to Amend Complaint and proposed Amended Complaint

///

///

Good cause exists for this extension. Plaintiff's counsel intends to move to withdraw from representation of Plaintiff and requests an extension of time pending the outcome of the pending Motion to Withdraw and to provide Plaintiff with time to obtain other counsel and file any Motion for Leave to Amend. Defendant's counsel has courteously agreed to this extension of time.

**IT IS SO STIPULATED.**

Dated this 8th day of September, 2026.

**HATFIELD & ASSOCIATES, LTD.**

*/s/ Trevor J Hatfield*
By: ______________________________
Trevor J. Hatfield, Esq., (SBN 7373)
703 S. Eighth Street
Las Vegas, Nevada 89101
Tel.: (702) 388-4469
Email: thatfield@hatfieldlawassociates.com
*Attorneys for Plaintiff*

Dated this 8th day of September, 2026.

**LITTLER MENDELSON, P.C.**

*/s/ Hayley J. Cummings*
By: ______________________________
Hayley J. Cummings, Esq. (SBN 10279)
8474 Rozita Lee Avenue, Suite 200
Las Vegas, NV 89133-4770
Tel: (702) 862-8800
Email: hcummings@littler.com

Katie B. Blakey, Esq. (SBN 12701)
2001 Ross Avenue, Suite 1500
Dallas, Texas 75201-2931
Telephone: (214) 880-8100
Email: kblakey@littler.com

*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED:**

DATED this 10th day of September, 2026.

______________________________
DISTRICT COURT JUDGE